BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-02614-JAM-EFB |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER CERTIFICATE OF REASONABLE CAUSE |
| REAL PROPERTY LOCATED AT 28953 STATE HIGHWAY 49, NORTH SAN JUAN, CALIFORNIA, NEVADA COUNTY,  APN: 60-100-11, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

The United States of America, claimants Clifford Josef Young and Kathleen Marie Young (Dockstader), appearing through undersigned counsel, hereby agree and stipulate as follows:

1.     The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2.     The parties are to bear their own costs and attorney fees.

///

///

///

///

1

3. There was probable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED:  7/23/13  

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Kevin C. Khasigian  
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

DATED:  July 15, 2013  

/s/ Editte D. Lerman  
EDITTE D. LERMAN
Attorney for claimants
Clifford Josef Young and
Kathleen Marie Young (Dockstader)

(Original signature retained by attorney)

IT IS SO ORDERED.

Dated:  3/3/2014

/s/ John A. Mendez  
JOHN A. MENDEZ
United States District Court Judge

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 24, 2010, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated:  3/3/2014

/s/ John A. Mendez  
JOHN A. MENDEZ
United States District Court Judge